United States Bankruptcy Court
Central District of California

In re:                                                     Case No. 25-19496-BB
CHARLENE D KEYS                         Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                             User: admin                                Page 1 of 1
Date Rcvd: Oct 29, 2025                      Form ID: mccdn                          Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | CHARLENE D KEYS, 941 S Osage Ave Apt 113, Inglewood, CA 90301-7314 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2025                           Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Ally Financial c/o AIS Portfolio Services LLC amit.sharma@aisinfo.com |
| John P Pringle (TR) | brenfro@rpmlaw.com  jpp@trustesolutions.net;jpringle@rpmlaw.com |
| Misty Wilks | on behalf of Debtor CHARLENE D KEYS misty@wilkslawoffice.com  go4urs@recap.email |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 4

**United States Bankruptcy Court**
**Central District of California**

In re:
CHARLENE D KEYS

CHAPTER NO.: 7
CASE NO.: 2:25–bk–19496–BB

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☒ Declaration by Debtor(s) as to Whether Income was Received From an Employer within 60 Days of the Petition Date [11 U.S.C. § 521(a)(1)(B)(iv)] (LBR Form F1002–1)

☒ Verification of Master Mailing List of Creditors [LBR 1007–1(a)] (LBR Form F1007–1)

☐ Other *(Specify):*

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2.5(a)(2).

      Chapter 7    Original only

**Please return the original or copy of this form with all required items to the following location:**

    255 E. Temple Street, Room 100, Los Angeles, CA 90012

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460–9641.

Dated: <u>October 24, 2025</u>

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form mccdn – Rev 02/2020)

**8 – 1 / PP**