| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| WilksLaw<br>Misty Wilks<br>3818 Crenshaw Blvd # 445<br>Los Angeles, CA 90008-1813<br>Phone: (323) 540-4633<br>Email: misty@wilkslawoffice.com<br>Bar Number: 196327<br>Attorney for Debtor<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>CHARLENE D KEYS<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   During the 60-day period before the Petition Date (*Check only ONE box below*):

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  10/21/2025    CHARLENE D KEYS                          /s/ Charlene Keys
                     Printed name of Debtor 1                  Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.


# American Airlines
## Pay Statement

American Airlines, Inc.
PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

**Charlene Keys (887952)**
941 S Osage Ave
113
Inglewood CA  90301

| | |
|---|---|
| **Pay Frequency:** | US Bi-Weekly |
| **Employee Type:** | Regular |
| **Payment Date:** | 10/03/2025 |
| **Hours Worked:** | 63.50 |
| **Pay Period:** | 09/15/2025 - 09/28/2025 |
| **Basis of Pay:** | Hourly |

| Status/Allowance/Percent. | | | |
|---|---|---|---|
| FED | Single | 0 | |
| CA  | Single | 0 | |

| Available | |
|---|---|
| Vacation | 0.00 |
| Sick | 14.00 |
| State Sick* | 0.00 |

**Location:** LAX US Airways Hgr
**Company FEIN:** 13-1502798

* Included in Sick

| Summary | Gross Earnings | Pre-Tax Deduction | Taxes | After-Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| Current | 3,613.92 | 201.96 | 911.37 | 731.06 | 1,769.53 |
| Year to Date | 73,066.83 | 8,000.21 | 10,432.12 | 6,483.06 | 48,151.44 |

### EARNINGS

| Earnings | Period End | Rate | Hours | Current | Year to Date |
|---|---|---|---|---|---|
| Line Premium | | 1.00 | 70.00 | 70.00 | 1,487.50 |
| License Premium | | 8.50 | 70.00 | 595.00 | 12,413.00 |
| Regular Pay | | 37.49 | 34.00 | 1,274.66 | 38,498.01 |
| Voluntary Trade Worked | | 37.49 | 10.00 | 374.90 | 5,998.40 |
| Shift 2 | | 0.51 | 20.00 | 10.20 | 10.20 |
| Shift 3 | | 0.58 | 50.00 | 29.00 | 827.95 |
| Training Pay | | 37.49 | 16.00 | 599.84 | 3,655.28 |
| Overtime | | 56.24 | 2.00 | 112.47 | 393.66 |
| Shift 3 - OT | | 0.87 | 2.00 | 1.74 | 23.49 |
| Line Premium - OT | | 1.50 | 2.00 | 3.00 | 10.50 |
| License Premium - OT | | 12.75 | 2.00 | 25.50 | 89.25 |
| Doubletime | | 74.98 | 1.50 | 112.47 | 187.45 |
| Shift 3 - DT | | 1.16 | 1.50 | 1.74 | 2.90 |
| Line Premium - DT | | 2.00 | 1.50 | 3.00 | 5.00 |
| License Premium - DT | | 17.00 | 1.50 | 25.50 | 42.50 |
| Comp Time Used | | 37.49 | 10.00 | 374.90 | 2,940.60 |
| Holiday Premium | | 0.00 | 0.00 | 0.00 | 310.60 |
| Line Premium - HW | | 0.00 | 0.00 | 0.00 | 30.00 |
| License Premium - HW | | 0.00 | 0.00 | 0.00 | 255.00 |
| Hol Worked OT 1.5 | | 0.00 | 0.00 | 0.00 | 1,124.70 |
| Vacation Pay | | 0.00 | 0.00 | 0.00 | 1,499.60 |
| Sick Pay | | 0.00 | 0.00 | 0.00 | 1,687.30 |
| Meal/Break Pay | | 0.00 | 0.00 | 0.00 | 365.54 |
| AAG Profit Sharing | | 0.00 | 0.00 | 0.00 | 1,173.52 |
| EE Recognition GUp Tax | | 0.00 | 0.00 | 0.00 | 34.88 |
| **Total Earnings** | | | 294.00 | 3,613.92 | 73,066.83 |

### DEDUCTIONS

| Pre-Tax Deductions | Current | Year to Date |
|---|---|---|
| Medical Coverage | 77.92 | 1,558.40 |
| Dental Coverage | 3.86 | 77.20 |
| Vision Coverage | 3.02 | 60.40 |
| Employee AD&D | 1.77 | 35.40 |
| Health Care FSA | 115.39 | 2,307.80 |
| 401k | 0.00 | 3,961.01 |
| **Total Pre-Tax Deductions** | **201.96** | **8,000.21** |

| Taxes | Current | Year to Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 428.30 | 990.69 |
| EE Social Security Tax | 211.59 | 4,283.95 |
| EE Medicare Tax | 49.48 | 1,001.89 |
| **State Taxes CA** | | |
| Withholding Tax | 181.06 | 3,326.66 |
| EE Disability Tax | 40.94 | 828.93 |
| **Total Taxes** | **911.37** | **10,432.12** |

| After-Tax Deductions | Current | Year to Date |
|---|---|---|
| Creditor | 662.13 | 5,331.53 |
| Service Charge - Creditor | 13.51 | 108.82 |
| Employee Life | 9.91 | 141.16 |
| Hospital Indemnity Plan | 8.49 | 169.80 |
| Group Accident Ins | 1.49 | 29.80 |
| Union Dues - TWU | 35.53 | 701.95 |
| **Total After-Tax Deductions** | **731.06** | **6,483.06** |

| Overpayments | Moved to A/R | Original Balance | Current Recovery | Total Recovery | Overpayment Balance |
|---|---|---|---|---|---|

| Taxable Earnings | Current | Year To Date |
|---|---|---|
| **Federal Taxes** | | |
| Withholding Tax | 3,412.88 | 65,135.02 |
| EE Social Security Tax | 3,412.88 | 69,096.03 |
| EE Medicare Tax | 3,412.88 | 69,096.03 |
| **State Taxes CA** | | |
| Withholding Tax | 3,412.88 | 65,135.02 |

| Additional Information | Current | Year To Date |
|---|---|---|
| 401k Company Match | 144.56 | 2,669.04 |
| 401k Company Contrib. | 180.70 | 3,336.34 |
| **Imputed Income** | **Current** | **Year to Date** |
| Group Term Life | 0.92 | 18.40 |
| EE Recognition Gross-Up | 0.00 | 50.00 |

**NET EARNINGS DISTRIBUTION**

| Account Type | Bank Name | Account Number | Date | Deposit Amount | Currency |
|---|---|---|---|---|---|
| Checking Account | AMERICAN AIRLINES FCU | *****3802 | 10/03/2025 | 1,769.53 | USD |



**American Airlines**
Pay Statement

American Airlines, Inc.
PHX-RWE-PAY
1 Skyview Drive, Fort Worth, TX 76155
1-800-447-2000

| **Charlene Keys (887952)** | | **Pay Frequency:** | US Bi-Weekly | **Status/Allowance/Percent.** | | | **Available** | |
|---|---|---|---|---|---|---|---|---|
| 941 S Osage Ave | | **Employee Type:** | Regular | FED | Single | 0 | Vacation | 0.00 |
| 113 | | **Payment Date:** | 10/17/2025 | CA | Single | 0 | Sick | 14.00 |
| Inglewood CA  90301 | | **Hours Worked:** | 100.00 | | | | State Sick* | 0.00 |
| **Location:** | LAX US Airways Hgr | **Pay Period:** | 09/29/2025 - 10/12/2025 | | | | | |
| **Company FEIN:** 13-1502798 | | **Basis of Pay:** | Hourly | | | | * Included in Sick | |

| Summary | Gross Earnings | Pre-Tax Deduction | Taxes | After-Tax Deduction | Net Pay |
|---|---|---|---|---|---|
| **Current** | 4,757.00 | 201.96 | 1,381.03 | 899.41 | 2,274.60 |
| **Year to Date** | 77,823.83 | 8,202.17 | 11,813.15 | 7,382.47 | 50,426.04 |

| EARNINGS | | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|
| **Earnings** | **Period End Rate** | **Hours** | **Current** | **Year to Date** | **Pre-Tax Deductions** | **Current** | **Year to Date** |
| Line Premium | 1.00 | 100.00 | 100.00 | 1,587.50 | Medical Coverage | 77.92 | 1,636.32 |
| License Premium | 8.50 | 100.00 | 850.00 | 13,263.00 | Dental Coverage | 3.86 | 81.06 |
| Regular Pay | 37.49 | 40.00 | 1,499.60 | 39,997.61 | Vision Coverage | 3.02 | 63.42 |
| Voluntary Trade Worked | 37.49 | 20.00 | 749.80 | 6,748.20 | Employee AD&D | 1.77 | 37.17 |
| Shift 3 | 0.58 | 100.00 | 58.00 | 885.95 | Health Care FSA | 115.39 | 2,423.19 |
| Training Pay | 37.49 | 40.00 | 1,499.60 | 5,154.88 | 401k | 0.00 | 3,961.01 |
| Shift 2 | 0.00 | 0.00 | 0.00 | 10.20 | **Total Pre-Tax Deductions** | **201.96** | **8,202.17** |
| Overtime | 0.00 | 0.00 | 0.00 | 393.66 | **Taxes** | **Current** | **Year to Date** |
| Shift 3 - OT | 0.00 | 0.00 | 0.00 | 23.49 | **Federal Taxes** | | |
| Line Premium - OT | 0.00 | 0.00 | 0.00 | 10.50 |     Withholding Tax | 679.85 | 1,670.54 |
| License Premium - OT | 0.00 | 0.00 | 0.00 | 89.25 |     EE Social Security Tax | 282.47 | 4,566.42 |
| Holiday Premium | 0.00 | 0.00 | 0.00 | 310.60 |     EE Medicare Tax | 66.06 | 1,067.95 |
| Line Premium - HW | 0.00 | 0.00 | 0.00 | 30.00 | **State Taxes CA** | | |
| License Premium - HW | 0.00 | 0.00 | 0.00 | 255.00 |     Withholding Tax | 297.99 | 3,624.65 |
| Hol Worked OT 1.5 | 0.00 | 0.00 | 0.00 | 1,124.70 |     EE Disability Tax | 54.66 | 883.59 |
| Doubletime | 0.00 | 0.00 | 0.00 | 187.45 | **Total Taxes** | **1,381.03** | **11,813.15** |
| Shift 3 - DT | 0.00 | 0.00 | 0.00 | 2.90 | **After-Tax Deductions** | **Current** | **Year to Date** |
| Line Premium - DT | 0.00 | 0.00 | 0.00 | 5.00 | Creditor | 827.11 | 6,158.64 |
| License Premium - DT | 0.00 | 0.00 | 0.00 | 42.50 | Service Charge - Creditor | 16.88 | 125.70 |
| Vacation Pay | 0.00 | 0.00 | 0.00 | 1,499.60 | Employee Life | 9.91 | 151.07 |
| Sick Pay | 0.00 | 0.00 | 0.00 | 1,687.30 | Hospital Indemnity Plan | 8.49 | 178.29 |
| Comp Time Used | 0.00 | 0.00 | 0.00 | 2,940.60 | Group Accident Ins | 1.49 | 31.29 |
| Meal/Break Pay | 0.00 | 0.00 | 0.00 | 365.54 | Union Dues - TWU | 35.53 | 737.48 |
| AAG Profit Sharing | 0.00 | 0.00 | 0.00 | 1,173.52 | **Total After-Tax Deductions** | **899.41** | **7,382.47** |
| EE Recognition GUp Tax | 0.00 | 0.00 | 0.00 | 34.88 | | | |
| **Total Earnings** | | **400.00** | **4,757.00** | **77,823.83** | | | |

| Overpayments | Moved to A/R | Original Balance | Current Recovery | Total Recovery | Overpayment Balance |
|---|---|---|---|---|---|
| | | | | | |

| Taxable Earnings | Current | Year To Date | Additional Information | Current | Year To Date |
|---|---|---|---|---|---|
| **Federal Taxes** | | | 401k Company Match | 190.28 | 2,859.32 |
|     Withholding Tax | 4,555.96 | 69,690.98 | 401k Company Contrib. | 237.85 | 3,574.19 |
|     EE Social Security Tax | 4,555.96 | 73,651.99 | **Imputed Income** | **Current** | **Year to Date** |
|     EE Medicare Tax | 4,555.96 | 73,651.99 | Group Term Life | 0.92 | 19.32 |
| **State Taxes CA** | | | EE Recognition Gross-Up | 0.00 | 50.00 |
|     Withholding Tax | 4,555.96 | 69,690.98 | | | |

**NET EARNINGS DISTRIBUTION**

| Account Type | Bank Name | Account Number | Date | Deposit Amount | Currency |
|---|---|---|---|---|---|
| Checking Account | AMERICAN AIRLINES FCU | *****3802 | 10/17/2025 | 2,274.60 | USD |