| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Misty Wilks**<br>**Bar Number: 196327**<br>**WilksLaw**<br>**3818 Crenshaw Blvd # 445**<br>**Los Angeles, CA 90008-1813**<br>**Phone: (323) 540-4633** | |

☐ *Debtor(s) appearing without attorney*
☑ *Attorney for Debtor(s)*

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>**CHARLENE D KEYS** | CASE NO.: 2:25-bk-19496-BB<br>CHAPTER: 7 |
|---|---|
| Debtor(s). | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___3___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:    **10/21/2025**

_____
Signature of Debtor 1

Date:    _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date:    **10/21/2025**

_____
Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*    **F 1007-1.MAILING.LIST.VERIFICATION**