Certificate Number: 13858-CAC-DE-040352380

Bankruptcy Case Number: 25-19496



13858-CAC-DE-040352380

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 25, 2025, at 4:19 o'clock PM PST, CHARLENE D KEYS completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  November 25, 2025            By:     /s/Seleste Muniz

Name:  Seleste Muniz

Title:  Counselor