United States Bankruptcy Court

Central District of California

In re:                                                                                    Case No. 25-19496-BB

CHARLENE D KEYS                                                              Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                         User: admin                                Page 1 of 2

Date Rcvd: Jun 29, 2026                  Form ID: 318a                          Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | CHARLENE D KEYS, 941 S Osage Ave Apt 113, Inglewood, CA 90301-7314 |
| 42752083 | | American Airlines, R/A CSC-Lawyers, 221 Bolivar St, Jefferson Cty, MO 65101-1572 |
| 42752086 | | Cole County Sheriff's Office, 350 E High St, Jefferson Cty, MO 65101-3213 |
| 42752091 | | Lou Budke's Arrow Finance Co, c/o William Whelan, Po Box 16270, Saint Louis, MO 63105-0970 |
| 42752097 | + | SPRING OAKS CAPITAL/BANK OF MISSOURI, 1400 CROSSWAYS BLVD STE, CHESAPEAKE, VA 23320-0207 |
| 42752100 | + | TELECOM SELF-REPORTED - METRO PCS, PO BOX 4500, ALLEN, TX 75013-1311 |
| 42752101 | + | TELECOM SELF-REPORTED - PEACOCK, PO BOX 4500, ALLEN, TX 75013-1311 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Jun 30 2026 05:39:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jun 30 2026 05:39:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Jun 30 2026 01:53:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| cr | + | EDI: AISACG.COM | Jun 30 2026 05:39:00 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 42752081 | | Email/Text: bankruptcy@aacreditunion.org | Jun 30 2026 01:53:00 | AA FCU, 14050 FAA BLVD, FORT WORTH, TX 76155 |
| 42752082 | | Email/Text: bkinfo@ccfi.com | Jun 30 2026 01:54:00 | Advance Group Inc, 4921 W Sahara Ave, Las Vegas, NV 89146-3462 |
| 42752084 | | Email/Text: customerservice@brightlending.com | Jun 30 2026 01:54:00 | Bright Lending, P.O. Box 578, Hays, MT 59527-0578 |
| 42752085 | + | EDI: PHINGENESIS | Jun 30 2026 05:39:00 | CB INDIGO/CCI, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 42752087 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 30 2026 02:02:04 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 42752088 | | EDI: MAXMSAIDV | Jun 30 2026 05:39:00 | DEPT OF ED/AIDVANTAGE, 1600 TYSON BOULEVARD, ST, MCLEAN, VA 75403 |
| 42752090 | + | Email/Text: compliance@iqdata-inc.com | Jun 30 2026 01:55:00 | IQ DATA INT, PO BOX 39, BOTHELL, WA 98041-0039 |

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 29, 2026 | Form ID: 318a | Total Noticed: 26 |

| | | | |
|---|---|---|---|
| 42752089 | + EDI: IRS.COM | Jun 30 2026 05:39:00 | Internal Revenue Service, Philadelphia, PA 19101, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 42752092 | Email/Text: bankruptcy@mobiloans.com | Jun 30 2026 01:53:00 | MOBILOANSLLC, PO BOX 1409, MARKSVILLE, LA 71351 |
| 42752093 | Email/Text: usbknotice@ncc.us | Jun 30 2026 01:53:00 | Nationwide Credit & Collection, Po Box 3219, Oak Brook, IL 60522 |
| 42752094 | + Email/Text: _DLBankruptcyDept@nvenergy.com | Jun 30 2026 01:55:00 | NV Energy, 6226 West Sahara, Las Vegas, NV 89146-3060 |
| 42752096 | Email/Text: bankruptcy@self.inc | Jun 30 2026 01:54:00 | SELFINC/LEAD, 901 E. 6TH STREET, AUSTIN, TX 78702 |
| 42752098 | Email/Text: bankruptcy@self.inc | Jun 30 2026 01:54:00 | SUNRISE BANKS C/O SE, 901 E 6TH ST UNIT 400, AUSTIN, TX 78702 |
| 42752099 | ^ MEBN | Jun 30 2026 01:51:54 | TELECOM SELF-REPORTED - HBO, PO BOX 4500, ALLEN, TX 75013-1311 |
| 42752102 | + Email/Text: tjmorabito@unisainc.com | Jun 30 2026 01:54:00 | UNISA INC, 7400 E ARAPAHOE RD STE 1, CENTENNIAL, CO 80112-1282 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 42752095 | ##+ | Phoenix Financial, 8902 Otis Ave. Ste 103a, Indianapolis, IN 46216-1009 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Ally Financial c/o AIS Portfolio Services  LLC amit.sharma@aisinfo.com |
| John P Pringle (TR) | brenfro@rpmlaw.com  jpp@trustesolutions.net;jpringle@rpmlaw.com |
| Misty Wilks | on behalf of Debtor CHARLENE D KEYS misty@wilkslawoffice.com  go4urs@recap.email |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | CHARLENE D KEYS | Social Security number or ITIN | xxx–xx–4385 |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ | |
| | | EIN   _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court | Central District of California | | |
| Case number: | 2:25–bk–19496–BB | | |

## Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

CHARLENE D KEYS

[include all names used by each debtor, including trade names, within
the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 6/29/26

**Dated:** 6/29/26

**By the court:** Sheri Bluebond
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

19/AUTU

For more information, see page 2 >

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**